UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VINCENT CARLSON, et al.,

        Plaintiff,        Case No. 1:05cv798

v.        Hon. Robert J. Jonker

LEPRINO FOODS COMPANY,

        Defendants.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 9, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 9, 2008, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the motions to dismiss with prejudice (docket nos. 131, 140, 152, and 156 are **GRANTED**.

**IT IS FURTHER ORDERED** that based on the lack of evidence that Plaintiff's counsel did not properly cooperate in Defendant's discovery attempts, the request for sanctions and costs is **DENIED**.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED: June 23, 2008.